4918

22CV36092

Filed 6/24/2022 8:33 AM
Lori Oliver
District Clerk
Shelby County, Texas
Brittany Blunt

CAUSE NO. 22CV36092 _____

| | | |
|---|---|---|
| **BRENDA RIOS** | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | _____ JUDICIAL DISTRICT |
| **V.** | § | |
| | § | |
| **TYSON FOODS, INC.,** | § | SHELBY COUNTY, TEXAS |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BRENDA RIOS** (hereinafter referred to as "Plaintiff"), and files this Original Petition complaining of **TYSON FOODS, INC.** (hereinafter referred to as "Defendant" or "Defendant Tyson Foods"), and for cause of action would respectfully show this Court and Jury as follows:

### 1. PARTIES

1.1   Plaintiff, **BRENDA RIOS**, is an individual residing in Shelby County, Texas. The last three (3) digits of her driver's license are 212 and the last three (3) digits of her SSN are 947.

1.2   Defendant, **TYSON FOODS, INC.** is a domestic general for-profit corporation conducting business in the State of Texas and may be served with process by serving its Registered Agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

### 2. VENUE AND JURISDICTION

2.1   This court has jurisdiction over this controversy because the damages are within the jurisdictional limits of this court. Venue is proper in Shelby County, Texas, because the facts giving rise to the cause of action occurred in Shelby County.

2.2   This court has personal jurisdiction over Defendant, Tyson Foods, because



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg __1__ of __5__

Defendants maintains and operates a business within the State of Texas.

### 3. DISCOVERY LEVEL

3.1  Plaintiff requests that discovery in this case be governed at the Level 3 category.

### 4. FACTUAL BACKGROUND

4.1  It has become necessary to bring this cause of action due to injuries and damages sustained by Plaintiff, Brenda Rios, on or about July 9, 2020. At the time of the incident made the basis of this lawsuit, Plaintiff, was acting in the course of her employment at Tyson Foods, located at 1019 Shelbyville Street, Center, Texas 75935. As she was exiting the restroom to return to her work area, she slipped on a piece of chicken which had been dropped on the floor and fell, striking her knee, shoulder and head on the floor, and causing her to sustain a left knee meniscal tear, among other serious and diverse injuries.

4.2  At the time of the incident, Plaintiff, Brenda Rios, was an invitee on the property in question. The property where Ms. Rios fell is owned, operated, controlled, managed, serviced, and maintained by Defendant, Tyson Foods.

4.3  Plaintiff received no warnings prior to the incident and was without fault. Said incident was proximately caused by the negligence of Defendant, Tyson Foods, and/or Defendant's agents, servants, employees and/or representatives.

### 5. NEGLIGENCE OF DEFENDANT, TYSON FOODS, INC.

5.1  Under Texas Law, an employer owes its employees the following, non-delegable duties:

   a. to supervise employees' activities;

   b. to hire competent co-employees;

   c. to furnish reasonably safe instrumentalities with which to work;

   d. to provide safety regulations; and

PLAINTIFF'S ORIGINAL PETITION


Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg 2 of 5

    e.   to train employees in the safe use and handling of products and equipment used in and around an employer's premises or facilities.

    f.   to provide employees a safe place to perform the duties associated with working for the employer.

5.2    At the time and on the occasion in question, Defendant owed duties to Plaintiff, including but not limited to the following, and by various acts and omissions, breached these duties, each of which singularly or in combination, was a proximate cause of the occurrence in question and Plaintiff's injuries:

    a.   in creating a dangerous condition and an unreasonable risk of harm to Plaintiff;

    b.   in failing to exercise ordinary care to protect Plaintiff from harm;

    c.   in failing to adequately warn Plaintiff of the dangerous condition created by Defendant;

    d.   in failing to properly and timely inspect the area;

    e.   in failing to properly and timely remove the dangerous condition from the area;

    f.   in failing to maintain the area in a reasonably safe manner;

    g.   in knowingly permitting the area to remain in its dangerous condition;

    h.   in failing to properly train its employees;

    i.   in failing to properly supervise its employees; and

    j.   in failing to implement policies and procedures regarding workplace safety.

    k.   in failing to implement safe work procedures for employees to perform their job duties inside their respective work spaces without being at risk of harm.

5.3    Each and all of the foregoing acts of negligence proximately caused or contributed to the personal injuries and damages sustained by Plaintiff. Plaintiff would show that

PLAINTIFF'S ORIGINAL PETITION



the Defendant is a non-subscriber to Texas Workers' Compensation, and that Plaintiff is, therefore, entitled to all rights and privileges afforded thereby.

5.4    At the time of the incident in question, Defendant, Tyson Foods, and its agents, servants, employees and/or representatives, controlled, serviced and/or maintained the exact premises in question where the incident took place. Defendant owed a duty to Plaintiff to prevent a foreseeable risk of injury and assumed a duty to provide a safe premise. As a matter of routine, Defendant should have discovered the dangerous condition and taken corrective action in a timely manner but failed to do so. Specifically, Defendant breached its duty of care by failing to maintain a safe and proper walking area within the building, failing to remove an obvious slipping or tripping hazard, and failing to warn its employees and/or invitees of the potential hazard. Defendant's failure to exercise reasonable care proximately caused the incident in question and the resulting damages.

## 6. DAMAGES

6.1    As a direct and proximate result of the above-described actions and negligence of Defendant, Plaintiff would show that the elements of her damages are as follows:

a.    Physical pain and mental anguish in the past and future;

b.    Reasonable and necessary cost of medical care in the past and future;

c.    Physical impairment in the past and future;

d.    Physical disfigurement in the past and future;

e.    Lost wages in the past and future;

f.    Pre-judgment and post-judgment interest.

## 7. TRCP RULE 47 STATEMENT OF RELIEF SOUGHT

7.1    As required by Texas Rule of Civil Procedure 47, Plaintiff states that she seeks monetary relief over $250,000 but not more than $1,000,000. Plaintiff reserves the right to

PLAINTIFF'S ORIGINAL PETITION



amend this Rule 47 statement as necessary.

## 8. PRAYER

8.1   For the reasons set forth above, Plaintiff prays this court cite Defendant, Tyson Foods, to appear and answer herein and that Plaintiff has judgment taken against Defendant and recover all damages allowed by law, pre-judgment and post judgment interest as allowed by law, costs of court, and such other and further relief, both general and special, at law or in equity, to which Plaintiff may show herself justly entitled.

Respectfully submitted,

McDONALD WORLEY, P.C.

/s/ J. Kyle Beale
J. Kyle Beale
State Bar No. 24009892
1770 St. James Place, Suite 100
Houston, Texas 77056
Tele:  (713) 523-5500
Fax:   (713) 523-5501
kbeale@mcdonaldworley.com

ATTORNEYS FOR PLAINTIFF

PLAINTIFF'S ORIGINAL PETITION

STATE OF TEXAS
COUNTY OF SHELBY
I, Lori Oliver, District Clerk of Shelby County, Texas do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. 49 Page 18 Minutes of said court on file in my office.

Witness my official hand and seal of office, this August 8, 2022

LORI OLIVER, DISTRICT CLERK
SHELBY COUNTY, TEXAS

By /s/ Jessica Bun



Lori Oliver, District Clerk
Shelby County, Texas
A CERTIFIED COPY
pg  5  of  5