IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BRENDA RIOS, §<br>§<br>*Plaintiff,* §<br>§<br>§<br>VS. §<br>§<br>§<br>TYSON FOODS, INC., §<br>§<br>§<br>*Defendant.* § | CIVIL ACTION NO. 9:22-CV-00123<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Entry of Agreed Order of Dismissal with Prejudice. [Dkt. 15]. The Parties are seeking a dismissal with prejudice as to all issues in controversy relating to the claims and/or causes of action made by Plaintiff against Defendant in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 17th day of February, 2023.**

*[signature]*

Michael J. Truncale
United States District Judge